# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| United States of America | * | |
| | * | Docket No: 25-MJ-0804 |
| v. | * | |
| | * | |
| Susan R. Hubbard | * | Location Code: MD81 |
| *Defendant* | * | |

## CONTINUANCE

| Citation Number | Original Charge | Amended Charge | Fine | SA | Proc. Fee |
|---|---|---|---|---|---|
| | | | | | |
| | Assault | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Due: | $0 | |

*(This section to be completed by court personnel)*

Payment is due in full within   N/A   days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

**Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278**
(or you may pay online at www.cvb.uscourts.gov)

☐ Waive Initial Appearance           ☐ Continue to Obtain License

☐ Continue for Payment               ☐ Continue to Retain Attorney

☐ Set for Trial                      ☒ New Court Date: 6/26/2026

☐ Dismissed by Government                    at: 1:30 pm

**COMMENTS:**


_____Susan R. Hubbard_____          _____*signature*_____
Defendant's Signature                    Assistant U.S. Attorney Nicholas R. Cale


_____Carrie Corcoran_____            _____13 March 2026_____
Attorney for Defendant                   Date